No. 57. POSTAL TELEGRAPH-CABLE COMPANY *v.* J. L. DICKERSON. On writ of certiorari to the Supreme Court of the State of Mississippi. Argued October 21, 1920. Decided November 8, 1920. *Per Curiam.* Reversed upon

authority of *Postal Telegraph-Cable Co.* v. *Warren-Godwin Lumber Co.*, 251 U. S. 27; *Western Union Telegraph Co.* v. *Boegli*, 251 U. S. 315. *Mr. W. W. Millan*, with whom *Mr. James N. Flowers* and *Mr. Ellis B. Cooper* were on the brief, for petitioner. *Mr. William D. Anderson*, for respondent, submitted.